

MAR 2 3 2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ED CR 05-00013 VAP |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |
| vs. JUAN CARLOS CHAVEZ-ALVAREZ, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _CENTRAL DISTRICT CA_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • UNKNOWN COMMUNITY TIES • UNKNOWN BAIL RESOURCES

1. • UNDOCUMENTED STATUS; ASSOCIATED W/ MULTIPLE
2. PERSONAL IDENTIFIERS; HISTORY OF BENCH WARRANTS;
3. and/or HISTORY PROB. VIOLATIONS
4. B.   ( )   The defendant has not met his/her burden of establishing by clear and
5. convincing evidence that he/she is not likely to pose a danger to the safety of any
6. other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This
7. finding is based on: _____
8. _____
9. _____
10. _____.
11.
12.      IT THEREFORE IS ORDERED that the defendant be detained pending the
13. further revocation proceedings.
14.
15. DATED: 3/23/10

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2